FILED

11/13/2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:_____CO_____
Deputy

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**TOMAS RIVERA- GALVAN,**

**Defendant.**

**Case No: 4:25-CR-00265**

**INDICTMENT**

8 U.S.C. § 1326(a) Illegal Re-entry into the United States

THE GRAND JURY CHARGES:

## COUNT ONE

That on or about November 5, 2025, in the Western District of Texas, Defendant,

**TOMAS RIVERA- GALVAN,**

an alien attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported, and removed from the United States and Defendant had not received consent of the Attorney General of the United States or the Secretary of Homeland Security, to reapply for admission to the United States, in violation of Title 8 U.S.C. § 1326(a).

A TRUE BILL.

███████████████████

FOREPERSON OF THE GRAND JURY

**JUSTIN R. SIMMONS**
**UNITED STATES ATTORNEY**

BY: _____

for KEVIN R. CAYTON
ASSISTANT UNITED STATES ATTORNEY